PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 5 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Iraida Hernandez 01406379
Plaintiff's Name and ID Number

FMC- Carswell
Place of Confinement

**4-21CV-083-0**

CASE NO._____
(Clerk will assign the number)

v.

Warden Carr
Defendant's Name and Address

P.O. Box 27137
Defendant's Name and Address

Fort Worth, Tx 76217
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _____

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: Iraida Hernandez   FMC-Carswell
P.O. Box 27137  Fort Worth, Tx 76217

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Warden Carr,  Institution Warden,
FMC-Carswell  P.O. Box 27137  Fort Worth, Tx 76217

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Negligence  and  failed to take proper measures to ensure
my safety while incarcerated.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes</u>.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Health insurance for life, 1.7M Compensation, Immediate release as well as no probation.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
Traida Elizondo, Traida Fenocchi

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
Reg # 01406379

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES  ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: **01/16/21**
        DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____**16th**_____ day of __**January**__, 20 **21**.
        (Day)             (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 5 2021

CLERK, U.S. DISTRICT COURT
By_____12:22 pm TR_____
Deputy

Iraida Hernandez 01406379
Plaintiff's Name and ID Number

FMC- Carswell
Place of Confinement

**4-21 CV-083-0**

CASE NO._____
(Clerk will assign the number)

v.

Warden Carr
Defendant's Name and Address

P.O. Box 27137
Defendant's Name and Address

Fort Worth Tx 76217
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Traida Hernandez, FMC-Carswell
P.O. Box 27137 Fort Worth TX 76217

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Warden Carr, Institution Warden
FMC-Carswell P.O. Box 27137 Fort Worth TX 76217

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Negligence, failed to take proper measures to
ensure my safety while incarcerated.

Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Health insurance for life, 1.7M Compensation, Immediate release, No Probation.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Iraida Elizondo, Iraida tenocchi

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

BOP # 01406379

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?        _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: 01|16|2021
                DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____16th____ day of ____January____, 20 21.
              (Day)                    (month)              (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

January 16, 2021

Re: Complaint against Warden Carr

My name is Iraida Hernandez, Register number 01406-379 currently incarcerated at FMC Carswell located in Fort Worth, Texas. The true facts of this complaint are as follow:

The institution failed to take proper measures to ensure my safety when the COVID19 hit this institution. Starting from the mental abuse, abuse of power from staff as to the inadequate care of medical staff. We were placed on a complete lockdown due to the spread of the COVID 19 virus. We were confined to our 8 X 10 rooms in which 4 people were assigned to each room. Even though staff was trying to enforce social distancing, it was totally impossible when this unit holds about 300 inmates and has 8 restrooms, 6 sinks and 8 showers in one tier and the same on the second tier. Everyone wanted to know what was happening we needed for either staff or executives from the institution to answer our questions but everytime a question was asked it was either ignored or answered nonsense. Our comonication with our family members were cut off cold turkey as well as the freedom for us to use the bathrooms and showers unless it was authorized by a staff member. That was just the beginning, sacks of cold food was being passed out the following days, hot lunches were not part of the daily menus as its stated in the

institution handbook. Spoiled milk, molded food, expired chips, as well as smelly ham & bologna were being passed out everyday for lunch & dinner. We were not only facing the fear of contracting the COVID-19 virus but were afraid of getting sick with all the bad food we were given. Our Commissary (store) was shut down for weeks and when they opened it, all you could buy was stamps and over the counter medications.

After July 1, 2020 about 18 cases were reported. And by July 7th the whole unit was finally being tested and was informed to us that the results were going to be back in a week. About 8 to 10 days the staff members said that the test were misplaced or lost and they had to retest us. By this time, about 80 people had been placed in different units to the fact that they were being under observation. People were getting sick left to right and on July 15 a second test was given to us and after 6 days they informed us that the whole unit was infected. People were being transferred from other units as well as other prisons, knowing that this was something very serious. We were scared. One of my good friends Veronica Carrera was sent to a different unit because her cellie was the first one in the unit to contact the virus and the cellies were sent to a different observation room. On Aug 3rd Veronica Carrera passed away due to a bacteria in her stomach and she didn't resist the COVID 19 virus. It was very scary. FMC Carswell didn't have adequate medical staff to care for all the positive cases. The virus spread like wildfire, the people were still being mixed negative cases with positive. Like myself I was tested on July 7th and I was not infected then, and on July 15 I had contracted the virus. One of my next door neighbors two had tested positive from the first time (July 7th)

and was left in the same unit, she was never removed. That left me et in eminent danger, when the doctor to inmate ratio is 1 (one) doctor to 272 inmates, with the outbreak it was simple out of control.

The BOP Procedure and Protocol was not followed and failed putting of all of the inmates population in danger.

I declare and verify that this statement is true and correct.

*Iraida Hernandez*

Iraida Hernandez 01406-379
FMC Carswell
P.O. Box 27137
Ft Worth, Tx 26127

01/16/2021

Pursuant to 28 U.S.C. 1746 I declare or
certify verify, or state under penalty or
perjury that the following is true and correct.

Iraida Hernandez

Iraida Hernandez
01406379
FMC-Carswell
P.O. Box 27137
Ft Worth TX 76127

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

DOB: 01/26/1977     Age: 43Y
SEX: F

ORDERING PHYSICIAN
**SOTAYO,OLAYINKA**
CLIENT INFORMATION
22978
FMC – CARSWELL – CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

SPECIMEN INFORMATION
SPECIMEN:    CH606169M
REQUISITION: 0001839
LAB REF NO:  229780001839

ID: 01406-379
PHONE: 817 7824522

COLLECTED:  07/07/2020     00:00
RECEIVED:   07/08/2020     19:02
REPORTED:   07/20/2020     15:02

COMMENTS:     186201478

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
|   SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
|     SARS CoV 2 RNA | Not Detected | | Not Detected | |

A Not Detected (negative) test result for this test
means that SARS-CoV-2 RNA was not present in the
specimen above the limit of detection.
A negative result does not rule out the possibility
of COVID-19 and should not be used as the
sole basis for treatment or patient management
decisions.  If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results
should always be considered in the context of clinical
observations and epidemiological data in making a
final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestLDT/fact-sheet
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestLDT/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

HERNANDEZ,IRAIDA – CH606169M

Page 1 – Continued on Page 2

PATIENT INFORMATION
**HERNANDEZ, IRAIDA**

REPORT STATUS   **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**SOTAYO, OLAYINKA**

DOB: 01/26/1977   Age: 43Y
SEX: F
ID: 01406-379

COLLECTED:   07/07/2020   00:00
REPORTED:    07/20/2020   15:02

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT (Continued) | | | | |
| SARS CoV 2 RNA (Continued) | | | | |

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

--------------------------------------------------------------------------------

**Performing Laboratory Information:**

AMD   Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

Nichols Institute, Chantilly

SPECIMEN INFORMATION
SPECIMEN:     CH845433M
REQUISITION:  0002997
LAB REF NO:   229780002997

COLLECTED:  07/15/2020    07:00
RECEIVED:   07/17/2020    19:48
REPORTED:   07/19/2020    09:28

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

DOB: 01/26/1977    Age: 43Y
SEX: F

ID: 01406-379
PHONE: 817 7824522

REPORT STATUS    **Final**

ORDERING PHYSICIAN
**BOLLINGER,TIMOTHY**
CLIENT INFORMATION
22978
FMC – CARSWELL – CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

---

COMMENTS:      196203651

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
|    SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
|    SARS CoV 2 RNA | | Detected | Not Detected | |

A Detected result is considered a positive test result
for COVID-19. This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.
CRITICAL VALUE REPORT

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestIVD/fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestIVD/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

HERNANDEZ,IRAIDA – CH845433M

Page 1 – Continued on Page 2

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

REPORT STATUS    **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**BOLLINGER,TIMOTHY**

DOB: 01/26/1977    Age: 43Y
SEX: F
ID: 01406-379

COLLECTED:    07/15/2020    07:00
REPORTED:    07/19/2020    09:28

**Performing Laboratory Information:**

AMD    Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

Nichols Institute, Chantilly

DOB: 01/26/1977    Age: 43Y
SEX: F

SPECIMEN INFORMATION
SPECIMEN:     CH606169M
REQUISITION: 0001839
LAB REF NO:   229780001839

ID: 01406-379
PHONE: 817 7824522

COLLECTED:   07/07/2020    00:00
RECEIVED:    07/08/2020    19:02
REPORTED:    07/20/2020    15:02

REPORT STATUS    **Final**

ORDERING PHYSICIAN
**SOTAYO,OLAYINKA**
CLIENT INFORMATION
22978
FMC – CARSWELL – CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

COMMENTS:      186201478

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | AMD |
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
| SARS CoV 2 RNA | Not Detected | | Not Detected | |

A Not Detected (negative) test result for this test
means that SARS-CoV-2 RNA was not present in the
specimen above the limit of detection.
A negative result does not rule out the possibility
of COVID-19 and should not be used as the
sole basis for treatment or patient management
decisions.  If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results
should always be considered in the context of clinical
observations and epidemiological data in making a
final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestLDT/fact-sheet
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestLDT/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

HERNANDEZ,IRAIDA – CH606169M

Page 1 – Continued on Page 2

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

REPORT STATUS     **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**SOTAYO,OLAYINKA**

DOB: 01/26/1977     Age: 43Y
SEX: F
ID: 01406-379

COLLECTED:   07/07/2020     00:00
REPORTED:    07/20/2020     15:02

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

SARS CoV 2 RNA(COVID 19), QL NAAT (Continued)
    SARS CoV 2 RNA (Continued)

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

----------------------------------------------------------------

**Performing Laboratory Information:**

AMD    Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

HERNANDEZ,IRAIDA - CH606169M                                    Page 2 - End of Report

PATIENT INFORMATION
**HERNANDEZ,IRAIDA**

| REPORT STATUS | **Final** |
|---|---|

Nichols Institute, Chantilly

DOB: 01/26/1977    Age: 43Y
SEX: F

ORDERING PHYSICIAN
**BOLLINGER,TIMOTHY**
CLIENT INFORMATION
22978
FMC - CARSWELL - CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

SPECIMEN INFORMATION
SPECIMEN:     CH845433M
REQUISITION: 0002997
LAB REF NO:   229780002997

ID: 01406-379
PHONE: 817 7824522

COLLECTED:  07/15/2020     07:00
RECEIVED:   07/17/2020     19:48
REPORTED:   07/19/2020     09:28

COMMENTS:     196203651

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
| SARS CoV 2 RNA | | Detected | Not Detected | |

A Detected result is considered a positive test result
for COVID-19. This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.
CRITICAL VALUE REPORT

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestIVD/fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestIVD/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

Nichols Institute, Chantilly

PATIENT INFORMATION
**HERNANDEZ, IRAIDA**

REPORT STATUS    **Final**

COLLECTED:    07/15/2020    07:00
REPORTED:    07/19/2020    09:28

DOB: 01/26/1977    Age: 43Y
SEX: F
ID: 01406-379

ORDERING PHYSICIAN
**BOLLINGER, TIMOTHY**

**Performing Laboratory Information:**

AMD    Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

HERNANDEZ, IRAIDA – CH845433M

Page 2 – End of Report



Iraida Hernandez 01406379
FMC-Carswell
P.O. Box 27137
Fort Worth, TX 76127

Office of Clerk of the
United States District Court
501 W. Tenth St, Rm 310
Fort Worth, TX 76102

CLERK OF DISTRICT COURT
NORTHERN DISTRICT OF TX
FORT WORTH DIVISION
RECEIVED

21 JAN 25 PM 12:22

DEPUTY CLERK

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: _____
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification.  (4)