IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IRAIDA HERNANDEZ** (BOP No. 01406379), | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-0083-O |
| **WARDEN FNU CARR,** | § § § | |
| Defendant. | § | |

## JUDGMENT

In accordance with the Court's Order of Dismissal issued earlier today, and pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **OREDERED**, **ADJUDGED**, and **DECREED** that this matter is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for want of prosecution.

**Signed** this **22nd day** of **April, 2021.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**